**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Eastern District of California

Case number (*If known*): _____  Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy      04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  JJ Pfister Distilling Company, LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)   81-3438197

4. **Debtor's address**

   **Principal place of business**
   9819 Business Park Drive
   Number   Street
   Ste. 3
   Sacramento    CA    95827
   City          State  ZIP Code

   Sacramento County
   County

   **Mailing address, if different from principal place of business**
   1059 Wilhaggin Park Lane
   Number   Street

   P.O. Box
   Sacramento    CA    95864
   City          State  ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number   Street

   _____
   City          State  ZIP Code

5. **Debtor's website** (URL)   https://www.jjpfister.com/

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

---

Official Form 201         Voluntary Petition for Non-Individuals Filing for Bankruptcy         page 1

Debtor  JJ Pfister Distilling Company, LLC    Case number (*if known*)_____
        Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

2085

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply*:

  ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.  District _____ When _____ Case number _____
                                    MM / DD / YYYY
        District _____ When _____ Case number _____
                                    MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes.  Debtor _____ Relationship _____
        District _____ When _____
                                                    MM / DD / YYYY
        Case number, if known _____

Debtor    JJ Pfister Distilling Company, LLC          Case number *(if known)*_____
        Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

     What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number        Street

_____
City                 State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

         Contact name _____

         Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor　JJ Pfister Distilling Company, LLC
　　　　Name

Case number (if known) _____

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on　05/02/2025
　　　　　　　MM / DD / YYYY

X　/s/ Kevin Keck　　　　　　　　　　　　Kevin Keck
　　Signature of authorized representative of debtor　　Printed name

Title　Managing Manager

**18. Signature of attorney**

X　/s/ Stephen Reynolds　　　　　　　　　Date　05/02/2025
　　Signature of attorney for debtor　　　　　　　MM / DD / YYYY

Stephen Reynolds
Printed name
Reynolds Law Corporation
Firm name
PO Box 73379
Number　Street
Davis　　　　　　　　　　　　CA　　95617
City　　　　　　　　　　　　　State　ZIP Code

530 297 5030　　　　　　　　　sreynolds@lr-law.net
Contact phone　　　　　　　　　Email address

148902　　　　　　　　　　　　CA
Bar number　　　　　　　　　　State

**Fill in this information to identify the case:**

Debtor name: JJ Pfister Distilling Company, LLC

United States Bankruptcy Court for the: Eastern District of California

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Fite Bypass Trust Est. April 18, 2020<br>2950 Cordelia Road<br>Fairfield, CA, 94534 | | lease | Disputed<br>Unliquidated<br>Contingent | | | 453,242.62 |
| 2 | Bank of America<br>PO Box 672050<br>Dallas, TX, 75267-2050 | | Credit Card Debt | | | | 86,699.00 |
| 3 | Overton Funding<br>2802 N 29th Ave<br>Hollywood, FL, 33020 | | Monies Loaned / Advanced | | | | 76,488.00 |
| 4 | IRS ERTC error<br>PO Box 7346<br>Philadephia, 19101-7346 | | | | | | 60,752.00 |
| 5 | VISA<br>PO Box 15299<br>Wilmington, DE, 19850-5299 | | Credit Card Debt | | | | 50,400.00 |
| 6 | AMEX<br>PO Box 96001<br>Los Angeles, CA, 90096-8000 | | Credit Card Debt | | | | 49,461.00 |
| 7 | California Department of Tax and Fee Administration<br>Account Information Group MIC:29<br>PO Box 942879<br>Sacramento, CA, 94279-0029 | | Taxes & Other Government Units | | | | 41,441.00 |
| 8 | SMF Ventures Loan<br>2233 Watt Avenue<br>Suite 296<br>Sacramento, CA, 95825 | | Monies Loaned / Advanced | | | | 0.00 |

Official Form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     page 1

Debtor: JJ Pfister Distilling Company, LLC

Case number (if known): _____

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 9 | Internal Revenue Service<br>PO Box 7346<br>Philadephia, PA, 19101-7346 | | Taxes & Other Government Units | | | | 0.00 |
| 10 | Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO Box 2952<br>Sacramento, CA, 95812-2952 | | Taxes & Other Government Units | | | | 0.00 |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

**Fill in this information to identify the case:**

Debtor: JJ Pfister Distilling Company, LLC

United States Bankruptcy Court for the: Eastern District of California

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☐ No. Go to Part 2.
☑ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

**2.1** Priority creditor's name and mailing address
California Department of Tax and Fee Administration
Account Information Group MIC:29
PO Box 942879
Sacramento, CA 94279-0029

Total claim: $41,441.00
Priority amount: $_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Taxes & Other Government Units

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

**2.2** Priority creditor's name and mailing address
Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952

As of the petition filing date, the claim is: $0.00   $_____
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Taxes & Other Government Units

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

**2.3** Priority creditor's name and mailing address
Internal Revenue Service
PO Box 7346
Philadephia, PA 19101-7346

As of the petition filing date, the claim is: $0.00   $_____
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Taxes & Other Government Units

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 1 of 5

Debtor: JJ Pfister Distilling Company, LLC
Case number (if known): _____

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**3.1 Nonpriority creditor's name and mailing address**
AMEX
PO Box 96001
Los Angeles, CA 90096-8000

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

Amount of claim: $49,461.00

Date or dates debt was incurred: _____
Last 4 digits of account number: 729E
Is the claim subject to offset? ☑ No ☐ Yes

**3.2 Nonpriority creditor's name and mailing address**
Bank of America
PO Box 672050
Dallas, TX 75267-2050

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

Amount of claim: $86,699.00

Date or dates debt was incurred: _____
Last 4 digits of account number: ending 2395, 6665
Is the claim subject to offset? ☑ No ☐ Yes

**3.3 Nonpriority creditor's name and mailing address**
Fite Bypass Trust Est. April 18, 2020
2950 Cordelia Road
Fairfield, CA 94534

As of the petition filing date, the claim is:
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: lease

Amount of claim: $453,242.62

Date or dates debt was incurred: _____
Last 4 digits of account number: _____
Is the claim subject to offset? ☑ No ☐ Yes

**3.4 Nonpriority creditor's name and mailing address**
Gary Keck
697 Tarrytown Court
Weimar, CA 95736

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Monies Loaned / Advanced

Amount of claim: $65,000.00

Date or dates debt was incurred: _____
Last 4 digits of account number: _____
Is the claim subject to offset? ☑ No ☐ Yes

**3.5 Nonpriority creditor's name and mailing address**
IRS ERTC error
PO Box 7346
Philadephia 19101-7346

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Amount of claim: $60,752.00

Date or dates debt was incurred: _____
Last 4 digits of account number: 8197
Is the claim subject to offset? ☑ No ☐ Yes

**3.6 Nonpriority creditor's name and mailing address**
Kevin & Gail Keck
1059 Wilhaggin Park Lane
Sacramento, CA 95864

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loans to LLC, personal credit cards used for LLCC

Amount of claim: $444,000.00

Date or dates debt was incurred: _____
Last 4 digits of account number: _____
Is the claim subject to offset? ☑ No ☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.7** Nonpriority creditor's name and mailing address
Laura Gifford
1211 E Street NE
Washington, DC 20002

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 127,000.00

**Basis for the claim:** Monies Loaned / Advanced

Date or dates debt was incurred: _____
Last 4 digits of account number: _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address
Overton Funding
2802 N 29th Ave
Hollywood, FL 33020

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 76,488.00

**Basis for the claim:** Monies Loaned / Advanced

Date or dates debt was incurred: 10/16/2024
Last 4 digits of account number: _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.9** Nonpriority creditor's name and mailing address
Phillip Keck
4807 Sacred Habitat Court
Rocklin, CA 95677

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 193,000.00

**Basis for the claim:** Monies Loaned / Advanced

Date or dates debt was incurred: _____
Last 4 digits of account number: _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.10** Nonpriority creditor's name and mailing address
SMF Ventures Loan
2233 Watt Avenue
Suite 296
Sacramento, CA 95825

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:** Monies Loaned / Advanced

Date or dates debt was incurred: _____
Last 4 digits of account number: _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address
VISA
PO Box 15299
Wilmington, DE 19850-5299

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 50,400.00

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred: _____
Last 4 digits of account number: _____

Is the claim subject to offset?
☒ No
☐ Yes

---

### Part 3: List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Law Offices of Sid M. Rosenberg, Inc.<br>725 30th Street, Ste. 107<br>Sacramento, CA, 95816 | Line 3.3<br>☐ Not listed. Explain: | _____ |
| 4.2. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.3. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.4. | | Line ____<br>☐ Not listed. Explain | _____ |
| 41. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.5. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.6. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.7. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.8. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.9. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.10. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.11. | | Line ____<br>☐ Not listed. Explain | _____ |

Debtor  JJ Pfister Distilling Company, LLC
　　　　Name

Case number *(if known)*_____

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 41,441.00 |
| 5b. **Total claims from Part 2** | 5b. + | $ 1,606,042.62 |
| 5c. **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 1,647,483.62 |

United States Bankruptcy Court

IN RE:                                         Case No._____

JJ Pfister Distilling Company, LLC
_____        Chapter   11

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Jon Lilley<br>1795 Silverado Trail Unit 1, Napa, CA 94558 | .31 | |
| Mike Moore<br>12564 Farlen Circle, Rancho Cordova, CA 95742 | 1.5 | |
| Chris Johnson<br>540 Rutgers Drive, Davis, CA 95616 | .31 | |

**United States Bankruptcy Court**

IN RE:　　　　　　　　　　　　　　　　　　　　　　Case No. _____
JJ Pfister Distilling Company, LLC
　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Shalain Patel<br>4973 Truscott Court, Somes Bar, CA 95568 | .272 | |
| Sameet Patel<br>11 Baltana Place, Danville, CA 94506 | .272 | |
| Rajendre & Shobba Patel<br>2613 Rembrandt Place, Modesto, CA 95356 | .272 | |
| Boeschken Family Trust dated July 12, 2002<br>PO Box 4713, Davis, CA 95617 | 1.26 | |
| Company XX<br>1 Broadway 14th Floor, Cambridge, MA 02142 | 1.97 | |
| Howard Thomas<br>43406 SE 88th St, Mountlake Terrace, WA 98043 | .188 | |

United States Bankruptcy Court

IN RE:　　　　　　　　　　　　　　　　　　　　　　　　Case No. _____

JJ Pfister Distilling Company, LLC　　　　　　　　　　　Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Brian Keck<br>330 Ross Way, Sacramento, CA 95864 | 3.77 | Other (Member) |
| Kevin & Gail Keck<br>1059 Wilhaggin Park Lane, Sacramento, CA 95864 | 51.16 | |
| Gary Keck<br>697 Tarrytown Court, San Jose, CA 95136 | 6.7 | |
| Jo Ann Connor<br>50 Oak Street, Los Altos, CA 94022 | 13.22 | |
| Phillip & Polly Keck<br>4807 Sacred Habitat Court, Rocklin, CA 95677 | 7.86 | |
| Laura & Mike Gifford<br>1211 E Street NE, Washington, DC 20002 | 5.88 | |

Fill in this information to identify the case and this filing:

Debtor Name: JJ Pfister Distilling Company, LLC

United States Bankruptcy Court for the: Eastern District of California

Case number (if known): _____

## Official Form 202

### Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☒ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☒ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☒ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule ____
- ☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05/02/2025    X /s/ Kevin Keck
MM / DD / YYYY            Signature of individual signing on behalf of debtor

                          Kevin Keck
                          Printed name

                          Managing Manager
                          Position or relationship to debtor

Official Form 202    Declaration Under Penalty of Perjury for Non-Individual Debtors